CHRISTOPHER W. KATZENBACH
(SBN 108006)
Email: ckatzenbach@kkcounsel.com
KATZENBACH LAW OFFICES
912 Lootens Place, 2nd Floor
San Rafael, CA 94901
Telephone: (415) 834-1778
Fax: (415) 834-1842
Attorneys for Plaintiff MELISSA ANTABLIN

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA ANTABLIN,<br><br>     Plaintiff,<br><br>  vs.<br><br>MOTION PICTURE COSTUMERS, LOCAL #705, INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES AND MOTION PICTURE TECHNICIANS, ARTISTS AND ALLIED CRAFTS,<br><br>     Defendant. | Case Nos.  2:18-cv-09474-MCS-SS;<br>2:20-cv-08762-MCS-AS<br><br>REQUEST TO APPEAR TELEPHONICALLY<br><br>Date:  May 17, 2021<br>Time:  10:00 a.m.<br>Place:  Courtroom 7C<br>         First Street Courthouse<br>         350 W. 1st Street<br>         Los Angeles, California 90012 |

Christopher W. Katzenbach, counsel for Plaintiff Melissa Antablin, requests to appear telephonically (by telephone or by Zoom) at the Scheduling Conference on May 17, 2021 at 10:00 a.m.   In support of this Request, he states under penalty of perjury as follows:

1. My office is in San Rafael, California.
2. Traveling to Los Angeles for the Scheduling Conference will involve the expense of travel from the San Francisco area, including airfare and transportation to and from airports.  I will require a full day of time to

travel in order to ensure making the necessary flights to and from Los Angeles and other travel to and from the airports.

3. Because this case is on contingency, I will not be paid for the time I incur until the case is resolved.

4. The parties have agreed upon trial and other dates for this case. To the extent the parties have disagreements on other matters, resolving those issues should not require extensive argument or presentation that cannot be done on the telephone or in a Zoom conference.

5. My telephone number that can be used to appeal telephonically is 415-834-1778. I can also appear by Zoom if provided the necessary Zoom log-in information.

6. I advised opposing counsel by email on May 11, 2021 of my intention to make this Request to appeal telephonically.

WHEREFORE, Counsel for Plaintiff requests to appear telephonically (by telephone or by Zoom) at the Scheduling Conference on May 17, 2021 at 10:00 a.m.

I declare under penalty of perjury under Federal law and the laws of the State of California that the foregoing is true and correct.

Dated: May 12, 2021.

                    s/*Christopher W. Katzenbach*
                    Christopher W. Katzenbach
               Attorney for Plaintiff Melissa Antablin