UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 7 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MELISSA ANTABLIN,<br><br>    Plaintiff-Appellant,<br><br> v.<br><br>MOTION PICTURE COSTUMERS, LOCAL NO. 705, International Alliance of Theatrical Stage Employees and Motion Picture Technicians, Artists and Allied Crafts,<br><br>    Defendant-Appellee. | No.   21-56349<br><br>D.C. Nos.<br>2:18-cv-09474-MCS-AS<br>2:20-cv-08762-MCS-AS<br>Central District of California, Los Angeles<br><br>ORDER |

Before: WARDLAW and W. FLETCHER, Circuit Judges, and KENNELLY,[*] District Judge.

The motion by International Alliance of Theatrical Stage Employees, Moving Picture Technicians, Artists and Allied Crafts of the United States, its Territories and Canada, AFL-CIO, CLC ("IATSE") for leave to file an amicus brief is **GRANTED.**

---

[*] The Honorable Matthew F. Kennelly, United States District Judge for the Northern District of Illinois, sitting by designation.